UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | : | |
| V. | : | Criminal No. 07-854 |
| | : | **ORDER** |
| DAVID GERARDO VIDAL-PINA | : | |

This matter having come before the Court at the request of Chester M. Keller, attorney for the accused, David Gerardo Vidal-Pina to discharge the bail that had previously been set by the Court on November 1, 2007 and posted on November 13, 2007 and Zahid Quraishi, Assistant United States Attorney for the United States having no objection to the discharge of the bail.

IT IS, on this       day of September, 2008,

ORDERED that the bail of a $50,000 bond secured by the posting of $3,000 in the instant case is discharged and the $3,000 posted should be returned to Carmen Gallegos of 1241 West 23rd Street, Houston, Texas.

_____
HONORABLE KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE