UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID GERARDO VIDAL-PINA, | Crim. Action No. 07-854 (KSH)<br><br><br>**ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

This matter having been brought to the Court's attention pursuant to defendant's motion to suppress; the Court having considered the written submissions and oral arguments by the parties; and for good cause shown and for the reasons set forth more fully in the opinion of this Court;

It is on this 22nd day of September, 2008, hereby

**ORDERED** that Defendant's motion to suppress all items obtained pursuant to the August 20, 2007 search of Defendant's vehicle is **GRANTED**.

/s/ Katharine S. Hayden
**Katharine S. Hayden**
**United States District Judge**