2007R00998/AME

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | | Criminal No. 07-854 (KSH) |
| v. | : | |
| DAVID GERARDO VIDAL-PINA | : | ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Christopher J. Christie, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 07-854, against defendant David Gerardo Vidal-Pina ("Defendant"), which charges that Defendant did knowingly, willfully and with intent to defraud, pass, utter, publish, sell, and keep in his possession and conceal falsely made, forged, counterfeited, and altered obligations and other securities of the United States, that is, counterfeit United States currency, in violation of Title 18, United States Code, Sections 472 and 2, because further prosecution is not in the interests of the United States at this time.

This dismissal is without prejudice.

_____
CHRISTOPHER J. CHRISTIE
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

                                             _____
                                             HON. KATHARINE S. HAYDEN
                                             United States District Judge

Dated: September 24, 2008.