UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :
                                               :  Criminal No.07-854(KSH)
                                               :
        V.                                 :
                                               : **ORDER APPOINTING FEDERAL**
                                               : **PUBLIC DEFENDER**
DAVID VIDAL-PINA                 :

       This matter having come before the Court upon defendant's motion for release of his Mexican passport that is presently being held by the United States Pretrial Services Agency ant the United States Attorney's Office, Andre Espinosa, and Elizabeth Auson, U.S. Pretrial Agency both having no objection to the release of the passport .

       IT IS ON this 7th day of October, 2008.

       ORDERED that a member of the Office of the Public Defender for the District of New Jersey can obtain the passport from the Pretrial Services Agency and return the passport to the defendant.

                                                               _____
                                                               Honorable Katharine S. Hayden
                                                               United States District Judge